# AFFIDAVIT IN SUPPORT OF
# ARREST WARRANT

In the weeks leading up to September 9, 2014, there were a series of meetings and recorded telephone conversations between Alozie Ohuoha and Sheka Kargbo, and an undercover Metropolitan Police Department Officer and a Confidential Informant. The purpose of those meetings was to arrange a large narcotics transaction, in which the undercover officer and informant would sell Ohuoha, Kargbo, and one of their associates (later determined to be Romaine Dixon) numerous kilograms of cocaine. In anticipation of that event, law Enforcement had obtained six kilograms of high purity cocaine from the DEA Laboratory. Those kilograms had previously been seized by the DEA in a separate investigation, and were determined to contain high purity cocaine.

On September 9, 2014, Onuoha told the informant that Kargbo was unavailable and that Onuoha would handle the transaction. It was subsequently agreed that the sale of kilograms would occur later that day at the Budget Inn located at 1615 New York Ave., NE, Washington, D.C. On the evening of September 9, 2014, Onuoha and Dixon met the informant and an undercover police officer in room 254 at the Budget Inn. Onuoha and Dixon each examined the six kilograms of cocaine that were provided by law enforcement. Dixon produced a bag containing approximately $96,000 of US Currency as payment for three kilograms of cocaine. It was agreed that the other three kilograms of cocaine would be fronted to Onuoha and Dixon as a part to the transaction.

While Dixon examined one of the kilograms and the undercover began to sort the money, MPD officers moved in, placing Onuoha and Dixon under arrest. Dixon had been observed entering a red Chevrolet Equinox in the area where the transaction took place. After the arrests, that vehicle was searched, resulting in the seizure of approximately $138,800.

_____
OFFICER ALVIN CARDINAL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF SEPTEMBER, 2014.

_____
U.S. MAGISTRATE JUDGE