# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 14-MJ-556-01, 02 |
| | : | MAGISTRATE NO. 14-MJ-557 |
| ROMAINE DIXON, | : | |
| ALOZIE ONUOHA, | : | VIOLATIONS: 21 U.S.C. § 846 |
| SHEKA FREDRICK KARGBO, | : | (Conspiracy to Distribute and Possess |
| | : | With Intent to Distribute Five Kilograms |
| Defendants. | : | or More of Cocaine) |
| | : | |
| | : | FORFEITURE:  21 U.S.C. § 853(a), (p) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about September 9, 2014, within the District of Columbia and elsewhere, **ROMAINE DIXON, ALOZIE ONUOHA, and SHEKA FREDRICK KARGBO**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the said mixture or substance was five kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.