AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

UNITED STATES OF AMERICA
_____
Plaintiff
)
)
v.
)
ALOZIE ONUOHA
)   Case No. CR 14-190
_____
)
Defendant
)

## APPEARANCE OF COUNSEL

**FILED**

**SEP 15 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALOZIE ONUOHA_____.

Date: SEPT. 15, 2014

_____
Attorney's signature

WILLIAM C. BRENNAN, JR
Printed name and bar number

926790

6305 IVY LANE #200
GREENBELT, MD 20770
Address

WBRENNAN@BSM-LEGAL.COM
E-mail address

301.474.0044
Telephone number

301.474.5730
FAX number