UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 14-cr-190-20 (KBJ) |
| v.    ) | |
| ) | |
| Alozie Onuha,      *defendant.*) | |
| _____) | |

NOTICE OF APPEARANCE

The Clerk will please note the appearance *nunc pro tunc* to September 10, 2014 of Nathan I. Silver, Esq., appointed to represent defendant under the Criminal Justice Act.

Respectfully submitted,

/s/

NATHAN I. SILVER/#944314
Attorney for Alozie Onuoha
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (office)/(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 15th day of September 2014, upon asst. U.S. Attorney George P. Eliopoulos, Narcotics, U.S. Attorney's Office for the District of Columbia, via ECF.

/s/

_____
*Nathan I. Silver*