**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 14-190-1 (KBJ)** |
| : | |
| **ROMAINE DIXON** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Todd Gee, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    United States Attorney
    Bar No. 447-889

    _____/s/_____
    TODD GEE
    Assistant United States Attorney
    Violent Crimes Narcotics Trafficking Section
    U.S. Attorney's Office
    555 4th Street N.W., Room 4124
    Washington, D.C.  20530
    202-252-7224 (phone)
    Todd.Gee@usdoj.gov