UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 14-190-2 (KBJ)** |
| | : | |
| **ALOZIE ONUOHA** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Todd Gee, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
Bar No. 447-889

_____/s/_____
TODD GEE
Assistant United States Attorney
Violent Crimes Narcotics Trafficking Section
U.S. Attorney's Office
555 4th Street N.W., Room 4124
Washington, D.C.   20530
202-252-7224 (phone)
Todd.Gee@usdoj.gov