**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal No. 14-cr-0190 (KBJ) |
| ) | |
| ROMAINE DIXON, *et al.*, ) | **Next Status Date:  10/14/2014** |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Romaine Dixon and Alozie Onuoha ("Defendants"), their counsel, and government counsel appeared before this Court for a status conference on September 17, 2014.  During the conference, these parties represented that they required additional time to familiarize themselves with the facts of the case and to engage in pretrial discovery.  Based upon those representations, the Court set the next status conference for October 14, 2014.  In addition, for the reasons stated on the record in open court, and with the agreement of these parties, the Court found good cause to toll the Speedy Trial Act between September 17, 2014, and October, 2014.  Therefore, it is hereby

**ORDERED** that the period from September 17, 2014, through October 14, 2014, inclusive, is excluded from the Speedy Trial calculation.  This tolling serves the ends of justice, and taking such action outweighs the best interests of the public and the Defendants in a speedy trial.

Date:  September 17, 2014

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge